# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDOLPH WILLIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 10-310-PMF |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Philip M. Frazier on September 12, 2011, (Doc. 29), the Commissioner's final decision regarding Randolph Willis' April, 2006, applications for disability benefits and supplemental security income is AFFIRMED.

Judgment entered in favor of defendant Commissioner of Social Security and against plaintiff Randolph Willis.

**DATED:** September 13, 2011.

**NANCY J. ROSENSTENGEL**
**CLERK OF THE COURT**

**By: s/Karen R. Metheney**
      Deputy Clerk

**APPROVED:**

*/s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**